# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1862
_____

RICHARD GREENE and ABBIEANN
GREENE,

     Appellants,

     v.

U.S. BANK TRUST, N.A., as
Trustee for LSF8 Master
Participation Trust,

     Appellee.

_____

On appeal from the Circuit Court for Wakulla County.
James O. Shelfer, Judge.

March 1, 2019


PER CURIAM.

     AFFIRMED.

ROWE, RAY, and OSTERHAUS, JJ., concur.

———————————————

*__Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.__*

———————————————

Richard Greene and Abbieann Greene, pro se, Appellants.

Richard S. McIver and H. Michael Muñiz of Kass Shuler, P.A., Tampa, for Appellee.